NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
MARCELO ILLARMO, MABN 670079
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8944
Facsimile: (415) 744-0134
E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA PADILLA<br>　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | Case No.: 2:18-cv-02126-RFB-VCF<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST) |

　　Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Motion for Remand, due on May 17, 2019 by 31 days, through and including June 17, 2019.

　　Defendant respectfully requests this additional time because of counsel's workload, including another summary judgment brief due on May 17, 2019 (2:18-cv-02391, E.D. Cal.). This request is made in good faith with no intention to unduly delay the proceedings.

///
///
///
///

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on May 7, 2019.

Dated: May 7, 2019.

    Respectfully submitted

    DAYLE ELIESON
    Acting United States Attorney

    */s/ Marcelo Illarmo*
    MARCELO ILLARMO
    Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
5-7-2019
DATED:_____

# CERTIFICATE OF SERVICE

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

Cyrus Safa
E-mail: cyrus.safa@rohlfinglaw.com


Dated *May 7, 2019*.

*/s/ Marcelo Illarmo*
**MARCELO ILLARMO**
Special Assistant United States Attorney
